| Value | Item |
|---|---|
| $40 | Dewalt cordless drill and saw pack |
| 15 | Skil saw (circular) |
| 20 | Hitachi stapler (air) |
| 25 | Hitachi hammer drill |
| 20 | Bostitch air trim nailer |
| 25 | Craftsman 10in compound miter saw |
| 35 | Skil saw (10 in table saw) |
| 10 | Ridgid 6 gal wet/dry vac |
| 10 | Wal-Board spray pro hopper gun |
| 175 | Titan advantage airless paint sprayer |
| 10 | Werner 4ft step ladder |
| 50 | Various hand tools (hammers, chisels, screwdriver, pliers, paint brushes, etc.) |
| 50 | Pasload air framing nailer |
| 15 | Dewalt Sawzall |
| 25 | Dewalt cordless impact driver/drill pack |
| 20 | Porter Cable 6 gal air compressor |
| 50 | Husqvarna lawn mower |
| 20 | Poulan 18in chain saw |
| 20 | Troy Bilt 2 cycle trimmer |
| 30 | Craftsman 6in bench grinder |
| 50 | Kobalt tile wet saw |
| 20 | multi power dual tank air compressor |
| 10 | Porter Cable random orbital sander |
| 45 | Brute 2500 psi power washer |

**EXHIBIT**

"1"